## L. E. Thompson, Appellee, v. The Security Insurance Company of New Haven, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Coles county; the Hon. WILLIAM B. SCHOLFIELD, Judge, presiding. Heard in this court at the April term, 1914. Affirmed. Opinion filed October 16, 1914.

### Statement of the Case.

Action of assumpsit by L. E. Thompson against the Security Insurance Company of New Haven on an oral contract of insurance.

The plaintiff recovered a verdict for six hundred and ninety dollars, on which a judgment was entered. From this judgment defendant appeals, assigning as error that the making of the contract was not proved by a preponderance of the evidence and that the giving of certain instructions was error.

H. A. NEAL, for appellant.

ALBERT C. ANDERSON, for appellee

MR. JUSTICE ELDREDGE delivered the opinion of the court.

### Abstract of the Decision.

1. INSURANCE, § 661*—*when evidence sufficient to prove oral contract.* In an action to recover on an oral contract of fire insurance, where plaintiff testifies to the terms of the contract and its making with defendant's agent and is more or less corroborated by his son and by a minor employee who were present, while the making of the contract is denied by defendant's agent, a verdict for plaintiff is not contrary to the manifest weight of the evidence.

2. INSTRUCTIONS, § 151*—*when error in giving harmless.* Where an instruction, though objectionable, could not, when read together with all the other instructions, have misled the jury, it is not reversible error.

SCHOLFIELD, J., took no part of the consideration of this case.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.